**LAW OFFICES OF SUSAN G. KELLMAN**
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

May 19, 2022

Via ECF and Email
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   U.S. v. Jie Lin
      21 Cr. 343 (SHS)

Dear Judge Stein:

Counsel was appointed to represent Jie Lin in the above-referenced matter.

Your Honor has scheduled a conference for May 23rd at 2:00 p.m. I write to respectfully request permission for my client, Jie Lin, to participate in this conference via telephone. As the Court may remember from previous appearances, Jie Lin lives in California and cannot afford the expense of traveling to the SDNY. Additionally, Jie Lin has several health concerns that make traveling across the country extremely taxing.

I have discussed this request with AUSA Brett Kalikow and the government does not object.

Your Honor's consideration of this request is appreciated.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman

cc:   All Counsel of Record (Via ECF)

      Jie Lin

**Request granted.**

Dated: New York, New York
May 19 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.