UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21 Cr. 343 (SHS) |
| -v- | : | **CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE** |
| JIE LIN,    , | : | |
| Defendant. | : | |

------------------------------------------------------

SIDNEY H. STEIN, U.S.D.J.

Defendant JIE LIN hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X___ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence


___/s/_____                         ___Susan G. Kellman_____
Defendant's Signature (Judge may obtain           Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant


JIE LIN                                           **SUSAN G. KELLMAN**
__JIE LIN_____                                 Print Defense Counsel's Name
Print Defendant's Name


This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

                                                  ___/s/ Sidney H. Stein_____
MAY 23, 2022                                      Sidney H. Stein, U.S.D.J.
Date