# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

December 7, 2022

Via ECF and Email
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *U.S. v. Jie Lin*
21 Cr. 343 (SHS)

Dear Judge Stein:

Counsel was appointed to represent Jie Lin in the above-referenced matter.

Your Honor has scheduled a conference for December 14th at 5:00 p.m. I write to respectfully request permission for my client, Jie Lin, who lives in California and cannot afford the expense of traveling to the SDNY, to participate in this conference via telephone. Additionally, Jie Lin has several health concerns that make traveling across the country taxing. Mr. Lin has authorized counsel to represent to the Court that he consents to this procedure.

Your Honor's consideration of this request is appreciated.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman

cc: All Counsel of Record (Via ECF)

Jie Lin

**Request granted.**

Dated: New York, New York
December 7, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.