# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

March 21, 2023

Via ECF and Email
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   U.S. v. Jie Lin
      21 Cr. 343 (SHS)

Dear Judge Stein:

On March 9, 2023, Mr. Lin entered a guilty plea to Count Two of the above-referenced indictment, charging him with operating a money transmitting business without a license in violation of 18 U.S.C. Section 1960, before M.J. Cott. Following his guilty plea, I asked the magistrate if he would order the removal of Mr. Lin's electronic monitoring condition and he suggested that such an application was appropriately made to your Honor.

Accordingly, I respectfully ask that your Honor modify the conditions of Mr. Lin's bond and order the removal of the electronic monitoring requirement. I have confirmed Mr. Lin's adherence to and compliance with the terms of his pretrial release with his Pretrial Officer in California. Further, Pretrial Services in the SDNY and AUSA Matthew Shahabian do not object to this request.

Your Honor's consideration of Mr. Lin's request to modify his bail conditions is appreciated.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman

cc:   All Counsel of Record & PTS (Via ECF)

**The request to remove defendant's electronic monitoring requirement is granted.**

Dated: New York, New York
       March 21, 2023

SO ORDERED:

*Sidney H. Stein*
Sidney H. Stein, U.S.D.J.