# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

August 16, 2023

Via ECF and Email
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  U.S. v. Jie Lin
21 Cr. 343 (SHS)

Dear Judge Stein:

I write to respectfully request an adjournment of Mr. Lin's sentencing on October 18, 2023.

Months ago, I was asked to participate in a PLI trial advocacy presentation. It is an all-day event, and the date coincides with Mr. Lin's sentencing date. Since that event involves a dozen or more faculty members and approximately 200 students – it cannot be changed – and I would hate to have to cancel – having accepted the invitation prior to the time your Honor scheduled Mr. Lin's sentencing date.

I do not need a long adjournment, and would be happy to accept any date that is convenient to the Court after October 18th and before November 20th when I expect to be picking a jury in the matter of U.S. v. Jeanette Monclova, 21 Cr. 626 (PKC).

Your Honor's kind consideration of this request is appreciated.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman

cc: All Counsel of Record (Via ECF)
    Jie Lin

**The sentencing is adjourned to October 23, 2023, at 2:30 p.m. The defense submission is due by October 9, the government submission is due by October 16, 2023.**

Dated: New York, New York
       August 16, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.